**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA DONAHUE, | * |
| Plaintiff, | * |
| v. | * Case No.: 1:15-cv-01549 (ESH) |
| FIG & OLIVE DC, LLC, | * |
| Defendant. | * |

## STIPULATION OF DISMISSAL

WILL THE CLERK OF THE COURT, pursuant to FRCP 41(a)(ii), please acknowledge the above-captioned matter as settled and dismissed, as to all parties and all claims, with prejudice and with parties to bear their own costs.

Respectfully submitted,

Laura Donahue

and

Fig and Olive DC, LLC
By Counsel

\_\_\_/s/Salvatore J. Zambri_____
Salvatore J. Zambri, Esq.
DC Bar # 439016
Regan Zambri Long, PLLC
1919 M Street, NW
Suite 350
Washington, D.C. 20036
(202) 822-1899
szambri@reganfirm.com
Counsel for Laura Donahue

   /s/Christopher R. Costabile
Christopher R. Costabile, Esquire
DC Bar # 406620
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Christopher.costabile@libertymutual.com
Counsel for Defendant Fig and Olive D.C., LLC